IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JACQUELINE E. MILLER, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   1:22-CV-1369-DII |
| | § |
| ADECCO USA, INC., | § |
| | § |
| Defendant. | § |

## ORDER

On June 16, 2023, the Court granted Defendant Adecco USA Inc.'s ("Defendant") motion to stay this case pending arbitration. (Dkt. 17). The Court ordered status updates every 120 days detailing the status of arbitration. (*Id.*). On October 16, 2023, Defendant submitted a status report noting that no arbitration proceedings had begun. (Dkt. 18). To date, there is no indication that Plaintiff Jacqueline Miller ("Plaintiff") has initiated arbitration proceedings against Defendant. The Court ordered Plaintiff to show cause on or before March 13, 2024 as to why her claims should not be dismissed for want of prosecution. (Dkt. 19). To date, Plaintiff has not responded to the show cause order.

Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Given that this case was stayed pending arbitration but there is no indication that arbitration has begun, and Plaintiff has not actively monitored federal court proceedings, the Court finds that there is a clear record of inaction and nonresponsiveness that would justify dismissing this action for want of prosecution.

2

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendant in this action are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on March 19, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE