IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACQUELINE E. MILLER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-1369-DII |
| ADECCO USA, INC., | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court dismissed Plaintiff's claims for want of prosecution. As nothing remains to resolve, the Court renders final judgment pursuant to Rule 58.

**IT IS THEREFORE ORDERED** that this case is **CLOSED**. **IT IS FURTHER ORDERED** that each party shall bear their own costs.

**SIGNED** on March 19, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE